IN THE UNITED STATES DISTRICT
COURT, SOUTHERN DISTRICT, FT.
LAUDERDALE DIVISION

RICHARD GORDON,
PP2
        Plaintiff/s

vs.                                Case # - 00-6067-CIV-MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP.AND/OR THEIR SUBSIDIARIES

        Defendant/s.
_____/

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS.

The Plaintiffs, RICHARD GORDON, moves this Court to enter an order EXTENDING THE

TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS and states:

1. Defense counsel has been contacted and has agreed to a five day extension.

2. Plaintiff counsel just finished a case in front of Judge Dimetroilus on Tuesday

2/1/2000.

3. Due to trial preparation Plaintiff did not have time to respond to Defendant's motion.

4. The parties have agreed to a five day extension.


I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to:
BENJAMINE REID, and a courtesy copy to the Honorable JUDGE MIDDLEBROOKS on February 2, 2000 .

KENNETH D. COOPER, P.A.
Attorney for Plaintiff
400 S.E. 8th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-7177
FLORIDA BAR NUMBER 362166