UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6067-CIV-MIDDLEBROOKS

RICHARD GORDON,

       Plaintiff,

vs.

COLUMBIA MACHINE, INC, et al.,

       Defendants.

_____/

FILED by _____ D.C.

FEB 08 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time, filed on February 2, 2000. Plaintiff moves this Court for a five day enlargement of time in which to file his response to Defendants' motion to dismiss. Finding that good cause exists for the delay, it is

ORDERED AND ADJUDGED that said motion is GRANTED. Plaintiff shall be granted a five day extension of time to file his response to Defendants' motion to dismiss.

DONE AND ORDERED in Chambers, at Miami, Florida, this 7th day of February 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to counsel of record

