NON-COMPLIANCE OF S.D. fla. L.R. 5.15

UNITED STATES DISTRICT COURT
SEVENTEENTH JUDICIAL COURT, IN AND
FT. LAUDERDALE DIVISION

RICHARD GORDON,

            Plaintiff/s

vs.                                      Case # - 00-6067-civ-Middlebrooks

COLUMBIA MACHINE INC.
EATON CORP. AND
CUTLER-HAMMER CORP.

            Defendant/s.
_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO CUTLER-HAMMER AND EATON CORP.

The Plaintiffs, RICHARD GORDON, files this voluntary dismissal WITHOUT PREJUDICE ONLY AS TO EATON CORP. AND CUTLER-HAMMER CORP.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to: BENJAMINE REID, 100 SE 2ND ST., MIAMI, FL. 33131 on February 9, 2000.

FEB 1 1 2000

Rec'd in MIA Dkt _____

BY: _____

KENNETH D. COOPER, P.A.
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 522-7177