UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6067-CIV-MIDDLEBROOKS

RICHARD GORDON,

    Plaintiff,

vs.

COLUMBIA MACHINE, INC., and
EATON CORP. and/or CUTLER-HAMMER
CORP.,

    Defendants.
_____/



FILED by _____ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DISMISSING CERTAIN DEFENDANTS

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Cutler-Hammer Corp. and Eaton Corp. Based upon this notice, it is

ORDERED that the Complaint is DISMISSED as to Defendants Eaton Corp. and Cutler-Hammer Corp. Defendant Columbia Machine, Inc. is still a party to this action. It is further ORDERED that Defendants' Motion to Dismiss, DE #2, is DENIED AS MOOT.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 17th day of February 2000.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

copies to counsel of record