

FILED by JM D.C.
APR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT, FT. LAUDERDALE
DIVISION

RICHARD GORDON,

    Plaintiff/s

vs.

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP.AND/OR THEIR SUBSIDIARIES

    Defendant/s.

_____/

ORDER

Case # - 00-6067-CIV-
MIDDLEBROOKS/BANDSTRA

Granted _____ Denied X
Comments: AS MOOT

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
Date 4/13/00

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADIONGS.**

The Plaintiffs, RICHARD GORDON, moves this Court to enter an order EXTENDING THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS and states:

1. Defense counsel has been contacted and has agreed to a ten day extension.

2. Plaintiff counsel recently completed a six day trial in front of Judge Brescher.

3. Has moved his location of residence, this weekend, now that construction has been completed.

4. Has had a significant hearing in front of Judge Bernstein and has been unable to respond to the motion.

5. Plaintiff needs additional time to respond to the motion. Plaintiff has contacted counsel for the defendant and he has agreed to a ten (10) day extension.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Dale Hightower, 2300 New World Tower, 100 N. Biscayne Blvd. Miami, Fl. 33132 and a courtesy copy to the Honorable JUDGE MIDDLEBROOKS on April 11, 2000 .

KENNETH D. COOPER, P.A.
Attorney for Plaintiff
400 S.E. 8th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-7177
FLORIDA BAR NUMBER 362166