UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6067-CIV-MIDDLEBROOKS

RICHARD GORDON,

    Plaintiff,

vs.

COLUMBIA MACHINE, INC.,
EATON CORP., and CULTER-HAMMER
CORP., and/or their subsidiaries,

    Defendants.
_____/



## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Ted E. Bandstra for a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting pre-trial and trial dates for this case, determining possible consent to the jurisdiction of the Magistrate Judge for trial, and for any and all other matters requiring early judicial action in this case. All counsel of record will be required to attend this conference which will be noticed by Magistrate Judge Bandstra.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 14th day of April 2000.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc:
counsel of record
Mag. Judge Bandstra

