UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT FT. LAUDERDALE DIVISION

RICHARD GORDON,

    Plaintiff/s

vs.                              Case # - 00-6067-CIV-MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR
CUTLER-HAMMER CORP. AND/OR
THEIR SUBSIDIARIES

    Defendant/s.
_____/



## ORDER

THIS CAUSE having come on to be heard on Plaintiff's Motion for an extension of time to respond to the Motion TO DISMISS and the Court having reviewed the motion, and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED. THE PLAINTIFF SHALL HAVE AN ADDITIONAL TEN (10) DAYS TO RESPOND TO THE MOTION TO DISMISS.

DONE AND ORDERED in Chambers, at Ft. Lauderdale, Broward County, Florida,
on ___5/11___, 2000

U.S. DISTRICT COURT JUDGE

Copies furnished:    KENNETH D. COOPER
                           DALE HIGHTOWER

MAY 1 6 2000

Rec'd in MIA Dkt _____

332