

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON

RICHARD GORDON

Plaintiff,

vs.

COLUMBIA MACHINE, INC.
AND EATON CORP. AND/OR
CUTLER HAMMER CORP. AND/OR
THEIR SUBSIDIARIES

Defendants.

CASE NO. 00-6067-CIV-
MIDDLEBROOKS/BANDSTRA

## DEFENDANT'S MOTION ON APPLICATION FOR DEFAULT

Defendant, COLUMBIA MACHINE ("COLUMBIA") by and through undersigned counsel and pursuant to Rules 7.1 (A) and (C), <u>Local Rules of the United States District Court for the Southern District of Florida</u>, applies to this Court to deem the Plaintiff in default with regard to Defendant's Motion to Dismiss the Complaint and this action. As grounds therefor, Defendant states and avers the following:

1. Defendant, COLUMBIA filed a Motion to Dismiss with this Honorable Court on April 22, 2000.

2. Pursuant thereto, counsel for the Plaintiff contacted the undersigned and requested a ten day extension during which to file his memorandum of law in response to Defendant's motion.

3.  The undersigned counsel agreed to this extension.

4.  Thereafter and on May 11, 2000, this Court entered its Order on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.

5.  This Court's Order permitted Plaintiff an additional ten days up to and including May 22, 2000 during which to file his memorandum of law in response. (See Exhibit A attached hereto.)

6.  As of that date, Plaintiff had not filed his memorandum of law or any other responsive document.

7.  Rule 7.1 (C), <u>Local Rules of the United States District Court for the Southern District of Florida</u> states with specificity that:

> "failure to [serve an opposing memorandum of law not later than ten days after service of the motion] may be deemed sufficient cause for granting the motion by default." *Id.*

8.  Pursuant to the aforementioned rule, Plaintiff is in default as to his reponse to Defendant's Motion to Dismiss.

**WHEREFORE**, Defendant COLUMBIA respectfully requests that this Court find the Plaintiff in default with regard to his response to Defendant's Motion to Dismiss, grant the Defendant's Motion to Dismiss, enter an order dismissing Plaintiff's Complaint and this action with prejudice, and any other and further relief this Court deems proper.

Respectfully submitted,

BY _____

Dale R. Hightower
Florida Bar No. 372102
Hightower & Rudd, P.A.
2300 New World Tower
100 N. Biscayne Blvd.
Miami, Florida 33132
(305) 539-0909
Attorney for Defendant Columbia Machine, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Kenneth D. Cooper, P.A., S.E. 8th Street, Fort Lauderdale, Florida 33316 and a courtesy copy to the Honorable Donald Middlebrooks, Federal Courthouse Square, 6th Floor, 301 North Miami Avenue, Miami, Florida 33128 on May 30, 2000.

_____
Dale R. Hightower, Esq.