IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD GORDON

CASE NO. - 00-6067-CIV-
MIDDLEBROOKS/BANDSTRA

    Plaintiff,
vs.

AFFIDAVIT

COLUMBIA MACHINERY, INC.,

    Defendant.
_____/

THE STATE OF FLORIDA
COUNTY OF BROWARD

    BEFORE ME, the undersigned authority, personally appeared **RICHARD GORDON**, who being duly sworn upon oath, deposes and says:

1. HE is the Plaintiff in this action and is personally familiar with the facts in this case.

2. That I did not become aware the machine was supposed to have a guard rail around the machine until AFTER DECEMBER of 1995.

3. I was in Miami and saw a machine that had a guard rail around it. Before that date I had never seen or knew about any guard rails that were supposed to be around the part of the machine that injured me.

4. There is nothing in the manual that I know about that states there is supposed to be a guard rail around the machine in the area where I was injured.

AFFIANT

NOTARY PUBLIC
David Long
Commission # CC 930588
Expires April 23, 2001
(Print, Type or Stamp Commissioned
Name of Notary Public) Bonded Thru
Atlantic Bonding Co., Inc.

SWORN TO AND SUBSCRIBED before me this 31 day of May, 2000.

RICHARD GORDON
517 SW 130 AVE
DAVIE, Fl. 33325

1