CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>COURTROOM IX    TIME 10 AM</u>

**MAGISTRATE JUDGE** TED E. BANDSTRA

Case No. 00-6067-CV-MIDDLEBROOKS Date JULY 6, 2000

Clerk PATTY W. FITZPATRICK    Tape No. 00B-47-104

ECR Clerk/Ct. Reporter _____

Title of Case RICHARD GORDON vs COLUMBIA MACHINE, INC

P. Attorney(s) Ken Cooper

D. Attorney(s) _____

Reason for Hearing   SCHEDULING CONFERENCE

Result of Hearing   re notice for August

Case continued to _____ Time _____ For _____

