COPY FOR JUDGE

7/7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FT. LAUDERDALE DIVISION

FILED by NM D.C.
JUN 19 2000
CLARENCE
CLERK
S.D.

RICHARD GORDON,

    Plaintiff/s

vs.

Case # - 00-6067-CIV-
MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES

    Defendant/s.

Granted _____ Denied __X__
Comments: _____

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
Date 7/18/00

### PLAINTIFFS' MOTION FOR RE-HEARING AND ORDER MOTION TO VACATE ORDER DATED JUNE 8, 2000 AND MEMORANDUM OF LAW

The Plaintiffs, RICHARD GORDON, moves this Court to re-hear the Motion to Dismiss and/or files this Motion to Vacate the Order based upon the answer being filed by Columbia Machine, Inc. and states:

1. Attached is EXHIBIT A. EXHIBIT A IS THE ANSWER AND AFFIRMATIVE DEFENSES FILED IN THE <u>CIRCUIT COURT</u> BY COLUMBIA MACHINE, INC., PRIOR TO THE CASE BEING TRANSFERRED TO FEDERAL COURT.

2. The Court held that Plaintiff was correct in the legal analysis, in that, if an answer is filed the motion to dismiss is not permitted. The Court checked the court file and could not find the answer. Plaintiff did not respond to the motion because I had the answer in my file and presumptively the clerk in the Circuit court transferred all the papers, including the Answer and