IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FT. LAUDERDALE DIVISION

**RICHARD GORDON,**

    Plaintiff/s

vs.                                      Case # - 00-6067-CIV-
                                                MIDDLEBROOKS/BANDSTRA

**COLUMBIA MACHINE, INC.**
**EATON CORP AND/OR CUTLER-HAMMER**
**CORP. AND/OR THEIR SUBSIDIARIES**

    Defendant/s.
_____/

### SCHEDULING REPORT AND JOINT PROPOSED SCHEDULING ORDER PER RULE 16(1B)(7)

The parties hereby file this Joint Proposed Scheduling Order per Local Rule 16 (1B) (7) and state:

    A. Discovery Schedule - Discovery shall be completed by MAY 30, 2001.

    B. Settlement - Possibility of settlement exist and the parties will use their best efforts to attempt to settle this matter. In addition, Court ordered mediation would be beneficial to the parties.

    C. Additional Parties - There may be additional parties as discovery moves forward.

    D. Limits on Time -

        (i) To Join additional parties and to amend the pleadings - The parties should be able to add additional parties or amend the pleadings by March 30, 2001.

        (ii) Filing of Motions - All motions should be filed by MAY 30, 2001.

        (iii) Discovery completion - Discovery should be completed by MAY 30, 2001.

    E. Formulation and Simplification of Issues - Should be completed by MAY 30, 2001.

    F. Amendments to the pleadings - Should be completed by March 30, 2001.

    G. Admissions of Facts - There is a very good possibility of admissions of facts and all



should be stipulated to as of MAY 30, 2001.

H. Avoidance of unnecessary proof - The parties will agree to the simple facts not requiring proof at trial and leave only the legitimate objections for trial.

I. Trial by Magistrate - The Plaintiff will agree to trial by Magistrate as long as the right to a jury trial is preserved.

J. Estimate of duration of trial - The trial will take at least three to five days.

K. Pretrial conference - Sixty days before trial would be preferable. In that manner any last minute adjustments can be made.

L. Other information - none.

## ADDITIONAL INFORMATION REQUESTED BY THE SCHEDULING ORDER

1. LIKELIHOOD OF SETTLEMENT - The parties will attempt in good faith to settle the matter. Court ordered medication is appropriate and would be beneficial.

2. The Plaintiff will stipulate to trail by magistrate as long as the right to a jury trial is preserved;

3. Pre-trial motions shall be filed by MAY 30, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: DALE HIGHTOWER, 2300 New World Tower, 100 N. Biscayne Blvd., Miami, Fl. 33132 and a courtesy copy to the Honorable JUDGE MIDDLEBROOKS on August 15, 2000.

KENNETH D. COOPER, P.A.
Attorney for Plaintiff
400 S.E. 8th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-7177
FLORIDA BAR NUMBER 362166

DALE HIGHTOWER
2300 New World Tower
100 N. Biscayne Blvd.
Miami, Fl. 33132