**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**COURTROOM IX    TIME 10 AM**

MAGISTRATE JUDGE _TED E. BANDSTRA_

Case No. _00-6067-CV-Dmm_    Date _AUGUST 17, 2000_

Clerk _PATTY W. FITZPATRICK_    Tape No. _00B-56-1-_

ECR Clerk/Ct. Reporter _____

Title of Case _Gordon V Columbia Machine_

P. Attorney(s) _Mr. ___ Cooper_

D. Attorney(s) _Mr. ___ Brumer_

Reason for Hearing _SCHEDULING CONFERENCE_

Result of Hearing _Court Will enter a Scheduling order + an order For mediation_

_3-5-Jury trial IN Miami (Will Consent)_

Case continued to _____ Time _____ For _____