```
FILING FEE
PAID  $ 105.00
In Forma       827109
Pauperis
      Clarence Maddox, Clerk
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FT. LAUDERDALE DIVISION

RICHARD GORDON,

        Plaintiff/s

vs.

                                              Case # - 00-6067-CIV-
                                              MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES

        Defendant/s.

_____/

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS GIVEN that the Plaintiff, RICHARD GORDON, by and through the undersigned counsel files this his Notice of Appeal, and appeals the Order of this Court rendered on JULY 18, 2000. The nature of the Order is a Final Judgment entered after THE DEFENDANT'S MOTION TO DISMISS.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: DALE HIGHTOWER, 2300 New World Tower, 100 N. Biscayne Blvd., Miami, Fl. 33132 on August 18, 2000.

                                                  _____
                                                  KENNETH D. COOPER, P.A.
                                                  Fla. Bar # 362166
                                                  Attorney for Plaintiff/Appellant
                                                  400 SE 8th Street
                                                  Fort Lauderdale, FL 33316
                                                  Telephone: (954) 522-7177

COPY FOR JUDGE

7/7

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT, FT. LAUDERDALE DIVISION

FILED by _JM_

JUL 19 2000

CLARENCE M.
CLERK
S.D.

RICHARD GORDON,

    Plaintiff/s

vs.

Case # - 00-6067-CIV-
MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES

    Defendant/s.

Granted _____ Denied _X_
Comments: _____

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
Date _7/18/00_

### PLAINTIFFS' MOTION FOR RE-HEARING AND ORDER
### MOTION TO VACATE ORDER DATED JUNE 8, 2000 AND MEMORANDUM OF LAW

    The Plaintiffs, RICHARD GORDON, moves this Court to re-hear the Motion to Dismiss and/or files this Motion to Vacate the Order based upon the answer being filed by Columbia Machine, Inc. and states:

    1. Attached is EXHIBIT A. EXHIBIT A IS THE ANSWER AND AFFIRMATIVE DEFENSES FILED IN THE <u>CIRCUIT COURT</u> BY COLUMBIA MACHINE, INC., PRIOR TO THE CASE BEING TRANSFERRED TO FEDERAL COURT.

    2. The Court held that Plaintiff was correct in the legal analysis, in that, if an answer is filed the motion to dismiss is not permitted. The Court checked the court file and could not find the answer. Plaintiff did not respond to the motion because I had the answer in my file and presumptively the clerk in the Circuit court transferred all the papers, including the Answer and

16.3043
S.B