UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6067-CIV-MIDDLEBROOKS/BANDSTRA

RICHARD GORDON,

    Plaintiff(s),

vs.

COLUMBIA MACHINE, INC.,
EATON CORP. AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES,

    Defendant(s).

_____/



## SCHEDULING ORDER

THIS CAUSE came before the Court at a Scheduling Conference conducted on August 17, 2000. The parties having consented[1] to the jurisdiction of the undersigned for all purposes including trial pursuant to 28 U.S.C. § 636( c), and pursuant to Local Rule 16.1(B)97), it is hereby

ORDERED AND ADJUDGED as follows:

1. This case is specially set for jury trial before the Honorable Ted E. Bandstra for July 23-27, 2001. The trial will be conducted at the United States Courthouse, 300 N.E. First Avenue, Miami, Florida, Courtroom IX, commencing at 9:30. The parties estimate a 3 to 5 day jury trial.

---

[1] The parties shall file an executed consent form confirming consent pursuant to 28 § U.S.C. §636 (c) within twenty (20) days of the date of this Order.



2. A pretrial conference shall be held on June 21, 2001 at 2:00 p.m. within further notice.

3. Counsel shall meet at least sixty (60) days prior to the beginning of the trial date to confer on the preparation of a pretrial stipulation.

4. The original and one copy of a joint pretrial stipulation shall be filed at least thirty (30) days before the trial period set forth above and shall conform to Local Rule 16.1(e). The Court will not allow unilateral pretrial stipulations.

5. In cases tried before a jury, each party shall file the original and one copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall be typed on a separate sheet, and shall be accompanied by a 3 ½ inch IBM - formatted disc compatible with WordPerfect and must be supported by citation of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

6. In cases tried before the Court, each party shall file the original and one copy of the proposed findings of fact and conclusions of law within five days after the conclusion of the trial. Proposed conclusions of law shall be supported by citations of authority.

7. All exhibits must be pre-marked. A typewritten exhibit list setting forth the number, or letter, a description of each exhibit shall be submitted at the time of trial.

8. A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance

will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

9. Non-compliance with any provision of this order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

10. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| Date | |
|---|---|
| March 30, 2001 | Joinder of additional parties and amended pleadings. |
| April 1, 2001 | Plaintiff(s) shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the 14-day period following the disclosure, the plaintiff shall make its experts available for deposition by the defendant(s). The experts' depositions may be conducted without further order from the Court. |
| May 1, 2001 | Defendant(s) shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the 14-day periods following this disclosure, the defendant(s) shall make its experts available for deposition by the plaintiff(s). The experts' depositions may be concluded without further order from the Court. |
| May 1, 2001 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| May 30, 2001 | All discovery must be completed. |
| June 1, 2001 | All pretrial motions and memoranda of law must be filed. |

June 21, 2001         Pretrial Conference.

This is a jury trial.

11. If this case is settled, counsel are directed to inform the Court promptly by calling chambers of the undersigned (305-523-5700) and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court, pursuant to Fed.R.Civ.P. 41(a)(1).

Dated this  30th  day of August, 2000.

                                                               Ted E. Bandstra
                                                United States Magistrate Judge

Copies furnished to:
Honorable Donald M. Middlebrooks
Kenneth D. Cooper, Esq.
Dale Hightower, Esq.