# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**  
Clerk of Court

Appeals Section

Date: 9/15/00

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

IN RE:   District Court No: 00-06067-CV - DMM

U.S.C.A. No: 00-14433-C

Style: GORDON V. COLUMBIA MACHINE

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; 0 folders;
- 0 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____  
Deputy Clerk

Attachment  
c: court file

S/F A-15  
Rev. 10/94

| ☐ 301 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |



```
                                                         MAGTRL TEB
                                                         MEDREQ INTAPP
                        U.S. District Court
              Southern District of Florida (FtLauderdale)

              CIVIL DOCKET FOR CASE #: 00-CV-6067


Gordon v. Eaton Corp., et al                      Filed: 01/13/00
Assigned to: Magistrate Ted E. Bandstra    Jury demand: Both
Demand: $0,000                             Nature of Suit:  365
Lead Docket: None                          Jurisdiction: Diversity
Dkt # in 17th Jud. Cir. : is 99-010458 (18)

Cause: 28:1332 Diversity-Personal Injury


RICHARD GORDON                      Kenneth Donald Cooper
     plaintiff                      FTS 764-5874
                                    954-522-7177
                                    [COR LD NTC]
                                    400 SE 8th Street
                                    Fort Lauderdale, FL 33316



   v.



COLUMBIA MACHINE, INC.              Dale Robert Hightower
     defendant                      [COR LD NTC]
                                    Hightower & Rudd
                                    100 North Biscayne Boulevard
                                    Suite 2300
                                    Miami, FL 33132
                                    305-539-0909



EATON CORP. AND/OR CUTLER-          Ralph Benjamine Reid
HAMMER CORP. AND/OR THEIR             [term  02/17/00]
SUBSIDIARIES                        FTS 530-0055
     defendant                      [COR LD NTC]
     [term  02/17/00]               Carlton Fields Ward Emmanuel
                                    Smith & Cutler
                                    100 SE 2nd Street
                                    Suite 4000 PO Box 019101
                                    Miami, FL 33131-9101
                                    305-530-0050
```

*Certified to be a true and correct copy of the document on file*
*Clarence Maddox*
*U.S. District Court*
*Southern District of Florida*
*By _____ Deputy Clerk*
*Date 9/15/2000*

```
roceedings include all events.                                    MAGTRL TEB
:00cv6067 Gordon v. Eaton Corp., et al                            MEDREQ INTAPP
                  ☆g. VOl. 1
/13/00   (1)      NOTICE OF REMOVAL complaint from: 17th Judicial Circuit
                  FILING FEE $150.00 RECEIPT # 5182  ; A-7; TEB (br)

./13/00   --      Magistrate identification: Magistrate Judge Ted E.
                  Bandstra (br)

1/20/00  (2)      MOTION with memorandum in support by Eaton Corp. to
                  dismiss the Complaint (wc) [Entry date 01/21/00]

2/2/00   (3)      MOTION by Richard Gordon to extend time to respond to
                  Motion to Dismiss (wc) [Entry date 02/04/00]

2/8/00   (4)      ORDER granting [3-1] motion to extend time to respond to
                  Motion to Dismiss.  Plaintiff shall be granted a five day
                  extension of time to file his response to Defendants'
                  motion to dismiss ( Signed by Judge Donald M. Middlebrooks
                  on 2/7/00) CCAP [EOD Date: 2/9/00] (wc)
                  [Entry date 02/09/00]

2/9/00   (5)      NOTICE of voluntary dismissal without prejudice by Richard
                  Gordon as to Cutler-Hammer and Eaton Corp. only (wc)
                  [Entry date 02/11/00]

2/17/00  (6)      ORDER granting [5-1] notice to dismiss Eaton COrp and
                  Cutler-Hammer Corp.; denying as moot [2-1] motion to
                  dismiss the Complaint (Signed by Judge Donald M.
                  Middlebrooks on 2/17/00) CCAP [EOD Date: 2/18/00] (gz)
                  [Entry date 02/18/00]

4/14/00  (7)      ORDER denying as moot Plaintiffs' Motion for extension of
                  time to respond to Defendant's Motion for judgment on the
                  pleadings [motion not found] ( Signed by Judge Donald M.
                  Middlebrooks on 4/13/00) CCAP [EOD Date: 4/17/00] (wc)
                  [Entry date 04/17/00]

4/14/00  (8)      ORDER referring the above-captioned cause to Magistrate
                  Judge Ted E. Bandstra for a Scheduling Conference for the
                  purpose of setting pre-trial and trial dates for this case,
                  determining possible consent to the jurisdiction of the
                  Magistrate Judge for trial ( Signed by Judge Donald M.
                  Middlebrooks on 4/14/00) CCAP [EOD Date: 4/18/00] (wc)
                  [Entry date 04/18/00]

4/21/00  (9)      MOTION with memorandum in support by Columbia Machine to
                  dismiss the Complaint and this action (wc)
                  [Entry date 04/24/00]

4/26/00  (10)     ORDER and NOTICE  set scheduling conference for 10:00
                  7/6/00 before Magistrate Ted E. Bandstra; Counsel for the
                  parties shall, within 30 days of the date of this order,
                  meet, prepare and file a Scheduling Report and Joint
                  Proposed Scheduling Order. ( Signed by Magistrate Ted E.
                  Bandstra on 4/27/00) CCAP [EOD Date: 4/27/00] (wc)
                  [Entry date 04/27/00]
```

:oceedings include all events.                                    MAGTRL TEB
:00cv6067 Gordon v. Eaton Corp., et al                            MEDREQ INTAPP
                          Vol 1 cont'd

/11/00   (11)   ORDER granting Plaintiff's Motion for an extension of time
                to respond to the Motion to Dismiss [no pending Motion to
                Extend found]; The Plaintiff shall have an additional 10
                days to respond to the Motion to Dismiss ( Signed by Judge
                Donald M. Middlebrooks on 5/11/00) CCAP [EOD Date: 5/16/00]
                (wc) [Entry date 05/16/00]

/25/00   (12)   MOTION by Richard Gordon to strike [9-1] motion to dismiss
                the Complaint and this action for failure to comply with
                the Rule of Federal Procedure (td) [Entry date 05/26/00]

5/31/00  (13)   MOTION by Columbia Machine for entry of default as to
                Richard Gordon with regard to Defendant's Motion to Dismiss
                the Complaint (wc) [Entry date 06/01/00]

5/31/00  (14)   AFFIDAVIT of Richard Gordon by Richard Gordon Re: Guard
                rail (wc) [Entry date 06/01/00]

6/9/00   (15)   ORDER denying [13-1] motion for entry of default as to
                Richard Gordon with regard to Defendant's Motion to Dismiss
                the Complaint, denying [12-1] motion to strike [9-1] motion
                to dismiss the Complaint and this action for failure to
                comply with the Rule of Federal Procedure, granting in part
                as to counts VI,VII & X counts are dismissed and stricken,
                denying in part as to counts II & IV of [9-1] motion to
                dismiss the Complaint and this action reset answer as to
                counts II & IV due for 6/30/00 for Columbia Machine (
                Signed by Judge Donald M. Middlebrooks on CCAP [EOD Date:
                6/13/00] (td) [Entry date 06/13/00]

6/21/00  (16)   MOTION by Richard Gordon for re-hearing on [9-1] motion to
                dismiss the Complaint and this action, and/or to vacate
                [15-2] order dated 6/8/00 (wc) [Entry date 06/22/00]

7/6/00    --    Scheduling conference held before Magistrate Ted E.
                Bandstra (wc)

7/6/00   (17)   Minutes of Scheduling Conference held before Magistrate Ted
                E. Bandstra on 7/6/00; Re-notice for August. Court Reporter
                Name or Tape #: 00B-47-1048 (wc)

7/7/00   (18)   RESPONSE by Columbia Machine to [16-1] motion for
                re-hearing on [9-1] motion to dismiss the Complaint and
                this action, [16-2] motion to vacate [15-2] order dated
                6/8/00 (wc) [Entry date 07/10/00]

7/11/00  (19)   ORDER and NOTICE set scheduling conference for 10:00
                8/17/00 before Magistrate Ted E. Bandstra; Counsel for
                the parties shall, within 30 days of the date of this
                order, meet, prepare and file a Scheduling Report and Joint
                Proposed Scheduling Order. ( Signed by Magistrate Ted E.
                Bandstra on 7/11/00) CCAP [EOD Date: 7/12/00] (wc)
                [Entry date 07/12/00]

:roceedings include all events.                                    MAGTRL TEB
:00cv6067 Gordon v. Eaton Corp., et al                             MEDREQ INTAPP

vol. 1 cont'd

| Date | No. | Entry |
|---|---|---|
| /14/00 | 20 | NOTICE of filing attached copy of certified copy of answer filed in Circuit Court case after this case was removed by Richard Gordon (td) [Entry date 07/17/00] |
| /19/00 | 21 | ORDER denying [16-1] motion for re-hearing on [9-1] motion to dismiss the Complaint and this action, denying [16-2] motion to vacate [15-2] order dated 6/8/00 ( Signed by Judge Donald M. Middlebrooks on 7/18/00) CCAP [EOD Date: 7/20/00] (wc) [Entry date 07/20/00] |
| 7/25/00 | 22 | Answer and affirmative defenses by Columbia Machine ; jury demand (td) [Entry date 07/26/00] |
| 8/16/00 | 23 | Scheduling Report of Scheduling Meeting by Richard Gordon, Columbia Machine (wc) |
| 8/17/00 | 24 | Minutes of scheduling conference held before Magistrate Ted E. Bandstra on 8/17/00; Court Reporter Name or Tape #: 00B-56-1 (tb) [Entry date 08/18/00] |
| 8/17/00 | -- | Scheduling conference held before Magistrate Ted E. Bandstra (tb) [Entry date 08/18/00] |
| 8/18/00 | 25 | NOTICE OF INTERLOCUTORY APPEAL by Richard Gordon of [21-1] order. EOD Date: 7/20/00; Filing Fee: $ 105.00; Receipt #: 827109; Copies to USCA and Counsel of Record. (sn) [Entry date 08/22/00] |
| 8/24/00 | 26 | CONSENT to Trial by Magistrate by Richard Gordon, Columbia Machine (tdj) [Entry date 08/29/00] |
| 8/24/00 | 26 | ORDER OF REFERENCE FOR TRIAL to to Magistrate Ted E. Bandstra ( Signed by Judge Donald M. Middlebrooks on 8/28/00) CCAP [EOD Date: 8/29/00] (tdj) [Entry date 08/29/00] |
| 8/30/00 | 27 | SCHEDULING ORDER setting Deadline for filing of all motions by 6/1/01; Memos of law due on or before 6/1/01; Jury trial set for 9:30 7/23/01; Discovery cutoff 5/30/01 ; Pretrial conference for 6/21/01 ; ( Signed by Magistrate Ted E. Bandstra on 8/30/00) CCAP [EOD Date: 8/31/00] CCAP (wc) [Entry date 08/31/00] |
| 8/30/00 | 28 | ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Magistrate Ted E. Bandstra on 8/30/00) CCAP [EOD Date: 8/31/00] (wc) [Entry date 08/31/00] |

End vol. 1

| 9/8/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [25-1] appeal by Richard Gordon USCA NUMBER: 00-14433-C (sn) [Entry date 09/12/00] |