# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 18, 2000

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



RE: 00-14433-CC     Richard Gordon v. Columbia Machine, Inc.
DC DKT NO.: 00-06067 CV-DMM

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on October 5, 2000.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Alexander (404) 335-6172

Encl.



DIS-2CIV (2-2)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 1 8 2000
THOMAS K. KAHN
CLERK

No. 00-14433-CC

RICHARD GORDON,

                    Plaintiff-Appellant,,

versus

COLUMBIA MACHINE, INC.,
EATON CORP. AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES,

                    Defendants-Appellees..

Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 18th day of October, 2000.

                  THOMAS K. KAHN
                  Clerk of the United States Court
                  of Appeals for the Eleventh Circuit

                  By:  Jenifer Alexander
                        Deputy Clerk

                  FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Jenifer Alexander
Deputy Clerk
Atlanta, Georgia

ORD-40