UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

Case No :00-6067-CIV- MIDDLEBROOKS

RICHARD GORDON          :
                        :
                        :
        Plaintiff,      :
                        :
vs.                     :
                        :
COLUMBIA MACHINE, INC.  :
AND EATON CORP. AND/OR  :
CUTLER HAMMER CORP. AND/OR :
THEIR SUBSIDIARIES      :
                        :
                        :
        Defendants.     :
                        :



## MOTION TO APPEAR *PRO HAC VICE*

COMES NOW, John R. "Rick" Potter of the law firm of Heurlin, Potter, Jahn, Leatham & Holtman, 610 Esther Street, Suite 225, Vancouver, Washington 98660, and hereby respectfully moves this Court pursuant to Rule 4, of the Special Rules Governing The Admission And Practice Of Attorneys, for an Order admitting him specially to practice *pro hac vice* before the United States District Court for the Southern District of Florida for the purpose of appearance and participation in the above entitled case on behalf of Defendant, Columbia Machine, Inc., and in support thereof states as follows:

1.    I am admitted to practice law in the Supreme Court of Washington and the Supreme Court of Oregon, and a Certificate of Good Standing from each Court is attached hereto.

2.    I am admitted to practice before the United States District Court for the Western District of Washington, Eastern District of Washington, District of Oregon, U.S.



Court of Appeals for the 9th Circuit, and U.S. Supreme Court, and a Certificate of Good Standing from each Court is attached hereto.

3. I certify that I have studied the local rules for the Southern District of Florida.

4. I shall designate Dale R. Hightower, Florida Bar No. 372102, as the person whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon who papers shall be served. A written statement consenting to the designation is attached hereto.

**WHEREFORE** John R. "Rick" Potter respectfully requests that he be allowed to appear *pro hac vice* as co-counsel for Defendant, Columbia Machine, Inc., in the above-entitled action.

DATED: This 19th day of December 2000.

Respectfully submitted,

**HEURLIN, POTTER, JAHN, LEATHAM & HOLTMAN**
a Professional Corporation

By: _____
John R. "Rick" Potter,
610 Esther Street
Suite 225
Vancouver, Washington 98660

**ATTORNEYS FOR DEFENDANT**

_____
Dale R. Hightower   on 12-26-00
Suite 2300
New World Tower
100 North Biscayne Boulevard
Miami, Florida 33132

**CERTIFICATE OF SERVICE FOR MOTION TO APPEAR *PRO HAC VICE***

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: Kenneth D. Cooper, P.A., S.E. 8th Street, Fort Lauderdale, Florida 33316 and to the Honorable Donald Middlebrooks, Federal Courthouse Square, 6th Floor, 301 North Miami Avenue, Miami, Florida 33128 on this 26 day of December, 2000.

Dale R. Hightower, Esq.
Florida Bar No. 372102
Hightower & Rudd, P.A.
2300 New World Tower
100 N. Biscayne Blvd.
Miami, Florida 33132
(305) 539-0909

**Attorney for Defendant**

16.3043/DRH/PAD/EAF