UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

Case No :00-6067-CIV- MIDDLEBROOKS

RICHARD GORDON

    Plaintiff,

vs.

COLUMBIA MACHINE, INC.
AND EATON CORP. AND/OR
CUTLER HAMMER CORP. AND/OR
THEIR SUBSIDIARIES

    Defendants.

**ORDER**

Granted _____ Denied ✓
Comments: No record o) Payment
o) Filing Fee

[signature]
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
1/3/01

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW, John R. "Rick" Potter of the law firm of Heurlin, Potter, Leatham & Holtman, 610 Esther Street, Suite 225, Vancouver, Washington 98660, hereby respectfully moves this Court pursuant to Rule 4, of the Special Rules Governing The Admission And Practice Of Attorneys, for an Order admitting him specially to practice *pro hac vice* before the United States District Court for the Southern District of Florida for the purpose of appearance and participation in the above entitled case on behalf of Defendant, Columbia Machine, Inc., and in support thereof states as follows:

    1.    I am admitted to practice law in the Supreme Court of Washington and the Supreme Court of Oregon, and a Certificate of Good Standing from each Court is attached hereto.

    2.    I am admitted to practice before the United States District Court for the Western District of Washington, Eastern District of Washington, District of Oregon, U.S.