UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO. : 00-6067-CIV-MIDDLEBROOKS

RICHARD GORDON

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

COLUMBIA MACHINE, INC., ET AL.

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 03/16/2001 Friday 10:30 A.M.* |
| LOCATION: | Florida Mediation Group<br>28 West Flagler Street, Tenth Floor<br>Miami, Florida 33130<br>305-579-9990 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Salvatore V. Fiore, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-44044

SCANNED

```
                                        PAGE 2.
CASE NO.       : 00-606_ CIV-MIDDLEBROOKS
FMG FILE NO.   : 0-44044
PLAINTIFF      : GORDON
```

Copies on February 14, 2001 to:

Kenneth D. Cooper, Esq.
Law Office Kenneth D. Cooper
400 SE Eighth Street
Ft. Lauderdale  FL  33316
954-522-7177 Fax 1-954-764-5874


Peter Diamond, Esq.
Hightower & Rudd
100 North Biscayne Boulevard
Suite 2300
Miami  FL  33132
305-539-0909 Fax 305-530-0661