UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

Case No :00-6067-CIV- MIDDLEBROOKS

RICHARD GORDON

Plaintiff,

vs.

COLUMBIA MACHINE, INC.
AND EATON CORP AND/OR
CUTLER HAMMER CORP AND/OR
THEIR SUBSIDIARIES

Defendants.



### DEFENDANT COLUMBIA MACHINE, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S UNVERIFIED MOTION TO CONSOLIDATE AND TRANSFER

The Defendant, Columbia Machine, Inc., hereby responds to Plaintiff's unverified Motion to Consolidate and Transfer. Resulting from the Plaintiff's continued failure to comply with the Federal Rules of Civil Procedure, including but not limited to Local Rule of Civil Procedure 7.1(A) (3)(a), this Honorable Court should Deny the Plaintiff's Motion.

Opposing Counsel violated F.R.Civ.P Rule 5.1 in that he completely failed to include the requisite memorandum of law citing supporting authorities for his motion. As such, Plaintiff's Counsel has not provided this Court with any legal basis for transferring and or consolidating actions. In fact, Plaintiff's Counsel merely indicated an empty desire to consolidate and transfer his actions without providing this Honorable Court any legal basis or justification for doing so. The Plaintiff has not provided the Defendant with any legal basis for it to file a legal opposition. As such, no legal basis exists to



remand this case from Federal Court to State Court.

Opposing Counsel violated S.D. Fla. Rule 7.1(A)(2). Plaintiff's Counsel failed to provide this Honorable Court or any of the parties with an accompanying proposed order on Plaintiff's Motion to Transfer and Consolidate.

Opposing Counsel violated S.D. Fla. Rule 7.1(A)(3)(a). This rule specifically orders the moving party to confer in good faith with opposing counsel prior to filing a motion in order to narrow the issues put forward in said motion. Plaintiff's Counsel has never contacted the undersigned regarding his desire to file said motion. Further, Plaintiff's Counsel's motion is clearly devoid of the requisite local rule certificate. S.D. 7.1 (a)(3)(a).[1] As a matter of law, an attorney's failure to read or understand the plain language of procedural rules is insufficient excuse for noncompliance with federal rules. Advanced Estimating System, Inc., v. Riney, 130 F.3d 996, 998 (11th Cir. 1997).

## Conclusion

This Honorable Court should deny Plaintiff's Motion to Transfer and consolidate. This Honorable Court should award this Defendant appropriate Sanctions for its time and expense in preparing this Response.

Respectfully submitted,

BY: _____
Dale R. Hightower
Florida Bar No. 372102
Hightower & Rudd, P.A.
2300 New World Tower
100 N. Biscayne Blvd.
Miami, Florida 33132
(305) 539-0909
Attorney for Defendant Columbia Machine, Inc.

---

[1] Violation of Local Rule 7.1 (A)(3)(a) gives an independent basis for appropriate sanctions, including attorney's fees.

## CERTIFICATE OF SERVICE FOR DEFENDANT COLUMBIA MACHINE, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S UNVERIFIED MOTION TO CONSOLIDATE AND TRANSFER

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: Kenneth D. Cooper, P.A., S.E. 8th Street, Fort Lauderdale, Florida 33316, John "Rick" Potter, Heurlin, Potter, Jahn, Leatham, & Holtmann, PS, 610 Esther Street, Suite 225, Vancouver, Washington 98665, and a courtesy copy was hand-delivered to the Honorable Donald Middlebrooks, Federal Courthouse Square, 6th Floor, 301 North Miami Avenue, Miami, Florida 33128 on March 14, 2001.

Dale R. Hightower, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

Case No :00-6067-CIV- MIDDLEBROOKS

RICHARD GORDON

Plaintiff,

vs

COLUMBIA MACHINE, INC.
AND EATON CORP. AND/OR
CUTLER HAMMER CORP. AND/OR
THEIR SUBSIDIARIES

Defendants.

### ORDER DENYING PLAINTIFF"S MOTION TO CONSOLIDATE AND TRANSFER

This Cause having come before this Honorable Court on Plaintiff's Motion To Consolidate and Transfer, and the Court having read and reviewed all papers filed by the Plaintiff as well as all papers filed by the Defendant in opposition thereto, it is hereupon,

Ordered and Adjudged that said Motion , and the same is hereby DENIED.

DONE and ORDERED in Chambers in Miami, FL, on _____, 2001.

_____
U.S. District Judge

Copies Furnished to:
Kenneth Cooper, Esq
John "Rick" Potter, Esq
Dale R Hightower, Esq