UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6067-CIV-BANDSTRA

RICHARD GORDON,

    Plaintiff,

vs.

COLUMBIA MACHINE, INC., et. al.,

    Defendants.
_____/



## ORDER

THIS CAUSE came before the Court on Plaintiff's Amended Motion to Consolidate and Transfer (D.E. 34) filed on February 27, 2001. Having carefully reviewed the motion, the response thereto, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that plaintiff's motion is DENIED without prejudice for failure to comply with this Court's local rules requiring a supporting memorandum of law and conference with counsel before such motion is filed.

DONE AND ORDERED in Chambers, at Miami, Florida this ___ day of April, 2001.

                                                Ted E. Bandstra
                                        United States Magistrate Judge

Copies furnished to:
Counsel of record