**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**COURTROOM IX    TIME 2 pm**

**MAGISTRATE JUDGE** TED E. BANDSTRA

Case No. 00-6067-CV-DMM /Bandstra/  Date JUNE 21, 2001

Clerk PATTY W. FITZPATRICK    Tape No. 01B-54-3482

ECR Clerk/Ct. Reporter _____

Title of Case GORDON vs COLUMBIA MACHINE

P. Attorney(s) KENNETH COOPER

D. Attorney(s) DALE HIGHTOWER (NoT Present)

Reason for Hearing PRETRIAL CONFERENCE

Result of Hearing Pltf's motion for Voluntary Dismissal without prejudice
Court granted motion in open Court
Written order to follow

Case continued to _____ Time _____ For _____

