FILED BY _____ D.

01 JUN 21 PM 2: 17

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

RICHARD GORDON,

        Plaintiff/s

vs.                                 Case # - 00-6067-CIV BANDSTRA / Middle Brooks

COLUMBIA MACHINE, INC., ET. AL.

        Defendant/s.

_____/

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

        The Plaintiffs, RICHARD GORDON, move this Court to enter an order dismissing this action without prejudice and states:

        1. There is a State of Florida Circuit Court case (99—6391-07- Miller) that was filed previous to this action.

        2. The Plaintiff desires to pursue that action and to voluntary dismiss this action pursuant to Rule 41 (a)(1)(i), Federal Rules of Civil Procedure.

        I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished by U.S. Mail to Carlton Fields, 100 SE 2nd St. #400 Miami, Fl. 33131 on June 21, 2001.

                                                        _____
                                                          KENNETH D. COOPER, P.A.
                                                          Attorney for Plaintiff - Fla. Bar # 362166s
                                                           400 S.E. 8th Street
                                                           Fort Lauderdale, FL 33316
                                                           (954) 522-7177

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RICHARD GORDON,

        Plaintiff/s

vs.                                              Case # - 00-6067-CIV BANDSTRA

COLUMBIA MACHINE, INC., ET. AL.

        Defendant/s.

_____/

### DECLARATION IS SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL

I, Kenneth D. Cooper, declare under penalty of perjury that the following is true and correct:

1. I am the attorney for the plaintiff in this action.

2. I submit this declaration in support of plaintiff, Richard Gordon's motion for voluntary dismissal without prejudice of this action on behalf of plaintiff Richard Gordon.

3. There is a previous case filed in the Circuit Court for Broward County, 99—6391-07- Miller. The Circuit Court case was filed prior to this case.

4. Plaintiff desires to dismiss this action without prejudice and pursue the prior action.

This declaration was executed on June 21, 2001.

                                                      _____
                                                      KENNETH D. COOPER, P.A.
                                                      Attorney for Plaintiff - Fla. Bar # 362166s
                                                      400 S.E. 8th Street
                                                      Fort Lauderdale, FL 33316
                                                      (954) 522-7177