

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

RICHARD GORDON,

    Plaintiff/s

vs.                                    Case # - 00-6067-CIV-MIDDLEBROOKS/BANDSTRA

COLUMBIA MACHINE, INC.
EATON CORP AND/OR CUTLER-HAMMER
CORP. AND/OR THEIR SUBSIDIARIES

    Defendant/s.
_____ /

## ORDER

    THIS CAUSE having come on to be heard on Plaintiff's Motion TO VOLUNTARILY DISMISS THIS ACTION WITHOUT PREJUDICE, it is hereupon,

    ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED. CASE NUMBER 00-6067-CIV-MIDDLEBROOKS/BANDSTRA SHALL BE DISMISSED WITHOUT PREJUDICE.

    DONE AND ORDERED in Chambers, at DADE, Florida,

on _June 25_, 2001.

                                     U.S. ~~DISTRICT COURT~~ JUDGE
                                     Magistrate