UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6067-CIV-BANDSTRA/Middlebrooks

RICHARD GORDON,

    Plaintiff,

vs.

COLUMBIA MACHINE, INC., et al.,

    Defendants.
_____/

### ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon a sua sponte examination of the file. The Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice (D.E. #38) filed on June 21, 2001.

Therefore, it is hereby

ORDERED and ADJUDGED that the Plaintiff's Motion for Voluntary Dismissal Without Prejudice is GRANTED and this case is closed. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 27 day of June, 2001.

                           TED E. BANDSTRA
                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
**Kenneth D. Cooper, Esq.**
400 SE 8th Street
Ft. Lauderdale, FL 33316
**Dale R. Hightower, Esq.**
2300 New World Tower
100 N. Biscayne Blvd.
Miami, FL 33132

